1428

**2013–1520.  State v. Gripper.**
Franklin App. No. 12AP–396, 2013-Ohio-2740. This cause is pending before the court as a jurisdictional appeal. The records of this court indicate that appellant has not filed a memorandum in support of jurisdiction, due December 6, 2013, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

# CASE ANNOUNCEMENTS
*December 13, 2013*

[Cite as *12/13/2013 Case Announcements*, 2013-Ohio-5450.]

## MOTION AND PROCEDURAL RULINGS

**2000–1030.  Ohio Hosp. Assn. v. Armstrong World Industries, Inc.**
Cuyahoga App. No. 76067. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On April 13, 2001, this court stayed further proceedings in this case and ordered appellee to file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.

On July 14, 2011, this court ordered that every year, appellee was required to file a notice advising the court of the status of the bankruptcy case and that that notice was to be filed after the 1st day of July, but no later than the 15th day of July, every year until the court ordered otherwise.

To date, appellee has failed to comply with this court's July 14, 2011 order. Therefore, it is ordered by the court that appellee shall file a notice advising the court of the status of the bankruptcy case within 14 days of the date of this order. It is further ordered that appellee shall comply with this court's July 14, 2011 order requiring a notice of the status of the case to be filed every year.

**2013–1171.  Cincinnati Enquirer v. Hunter.**
Hamilton App. No. C–130183. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.

Upon consideration of the motion to substitute Firooz T. Namei and James F. Bogen for Joseph T. Deters, James W. Harper, and Christian J. Schaefer as counsel for appellant, it is ordered by the court that the motion is granted.

**2013–1596.  Medina Indus. Ctr., L.L.C. v. Medina Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2011–4347 and 2011–4348. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand the appeal to the Board of Tax Appeals, it is ordered by the court that the motion is granted, and this case is remanded to the Board of Tax Appeals so that the board may take further action as appropriate.